**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donte Rolando HARRIS, Defendant–
Appellant.**

No. 06–7983.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Feb. 1, 2007.

Donte Rolando Harris, Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Rolando Harris appeals the district court's order denying the motion to withdraw his guilty plea filed two years after he was sentenced. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris*, No. 3:03–cr–00056–nkm (W.D.Va. Nov. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*